### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

---

Ryan Picha, et al.,

    Plaintiffs,

v.

SunTrust Mortgage, Inc., et al.,

    Defendants.

Case No. 19-cv-2240 (MJD/DTS)

**REPORT AND RECOMMENDATION**

---

Plaintiffs brought this action in Anoka County and it was removed to federal court on August 13, 2019. After Plaintiff's interlocutory appeal was dismissed by the Eighth Circuit over a year ago, no further action has been taken by Plaintiffs. A court may involuntarily dismiss a lawsuit if the plaintiff fails to prosecute the case or disregards a court order. Fed. R. Civ. P. 41(b).

This Court **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE**.

Dated: September 13, 2021

        s/David T. Schultz
DAVID T. SCHULTZ
U.S. Magistrate Judge