# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ryan Picha et al., | Case No. 19-CV-2240 (MJD/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| SunTrust Mortgage, Inc. et al., | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation filed on September 13, 2021 (Doc. No. 26). No objections to the Report and Recommendation have been filed within the time period permitted.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Doc. No. 26) is **ADOPTED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 21, 2021

s/Michael J. Davis
MICHAEL J. DAVIS
United States District Court